IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANDERSON,

        Plaintiff,                   No. 2:09-cv-0194-JFM (PC)

    vs.

CORRECTIONAL OFFICER
LAMBERT, et al.,

        Defendants.
_____/     ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order filed April 24, 2009, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint. The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: C/O Lambert; C/O Hollis; C/O Croome.

1

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed May 4, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four copies of the endorsed second amended complaint filed May 4, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 26, 2009.

                                       /s/ John F. Moulds
                                       UNITED STATES MAGISTRATE JUDGE

12
ande0194.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANDERSON,

        Plaintiff,

vs.

CORRECTIONAL OFFICER
LAMBERT, et al.,

        Defendants.

No. 2:09-cv-0194-JFM (PC)

<u>NOTICE OF SUBMISSION</u>

<u>OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_    completed summons form

    \_\_\_\_\_    completed USM-285 forms

    \_\_\_\_\_    copies of the _____
                      Second Amended Complaint

DATED:

                                          _____
                                          Plaintiff